# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NGHIA "NATHAN" NGUYEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREHIRED RECRUITING, LLC, PREHIRED, LLC, JOSHUA JORDAN, LEIF TECHNOLOGIES, INC., MERATAS, INC., and ISA PLUS, LLC<br><br>Defendants. | Case No.: 1:22-cv-02894-MCH |

## DEFENDANT LEIF TECHNOLOGIES, INC.'S
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendant Leif Technologies, Inc. ("Leif"), by and through undersigned counsel, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1 and states as follows:

1.  The undersigned counsel of record for Defendant Leif certifies that the following is a full and complete list of all parties in this action, including any parent

corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Nghia "Nathan" Nguyen;

    b. Defendant Prehired Recruiting, LLC;

    c. Defendant Prehired, LLC;

    d. Defendant Joshua Jordan;

    e. Defendant Meratas, Inc.;

    f. Defendant ISA Plus, LLC; and

    g. Defendant Leif Technologies, Inc.

The undersigned further certifies that Defendant Leif Technologies, Inc. has no parent corporation, and no publicly held corporations that own 10% or more of its stock.

2. The undersigned certifies that no other persons, associations, firms, partnerships, or corporations have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

3. The undersigned certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

    a. Plaintiff Nghia "Nathan" Nguyen:

        Michael R. Bertucci
        AGRUSS LAW FIRM, LLC

>   4809 N. Ravenswood Ave. – Suite 419
>   Chicago, IL 60640
>   (312) 766-8507
>   Mbertucci@agrusslawfirm.com
>
>   Shireen H. Bowman
>   HORMOZDI LAW FIRM, LLC
>   1770 Indian Trail Lilburn Road – Suite 175
>   Norcross, GA 30093
>   (678) 395-7795
>   shireeen@agrusslawfirm.com

b. Defendant Leif Technologies, Inc.:

>   Erik L. Johnson
>   BALLARD SPAHR, LLP
>   999 Peachtree Street NE – Suite 1600
>   Atlanta, GA 30309
>   (678) 420-9300
>   Johnsonel@ballardspahr.com
>
>   Thomas F. Burke
>   BALLARD SPAHR, LLP
>   1735 Market Street, 51st Floor
>   Philadelphia, PA 19103-7599
>   (215) 864-8463
>   Burket@ballardspahr.com

c. Defendant Prehired Recruiting, LLC:

>   Thomas McCabe
>   WARREN LAW GROUP
>   14 Pennsylvania Plaza, 9th Floor
>   New York, NY 10122
>   (917) 597-8221
>   Tmaccabe@warren.law
>
>   Daniel H. Kolber

        Simkins Hollis Law Group, P.C.
        1924 Lenox Road, NE
        Atlanta, GA 30306
        (404) 474-2328
        dkolber@shlglaw.com

d. Defendant Prehired, LLC:

        Thomas McCabe
        Warren Law Group
        14 Pennsylvania Plaza, 9th Floor
        New York, NY 10122
        (917) 597-8221
        Tmaccabe@warren.law

        Daniel H. Kolber
        Simkins Hollis Law Group, P.C.
        1924 Lenox Road, NE
        Atlanta, GA 30306
        (404) 474-2328
        dkolber@shlglaw.com

e. Defendant Joshua Jordan:

        Thomas McCabe
        Warren Law Group
        14 Pennsylvania Plaza, 9th Floor
        New York, NY 10122
        (917) 597-8221
        Tmaccabe@warren.law

        Daniel H. Kolber
        Simkins Hollis Law Group, P.C.
        1924 Lenox Road, NE
        Atlanta, GA 30306
        (404) 474-2328
        dkolber@shlglaw.com

   f.  Defendant Meratas, Inc.:

      Daniel H. Kolber
      SIMKINS HOLLIS LAW GROUP, P.C.
      1924 Lenox Road, NE
      Atlanta, GA 30306
      (404) 474-2328
      dkolber@shlglaw.com

   g.  Defendant ISA Plus, LLC:

      Andrew G. Nagurney
      JW HOWARD/ATTORNEYS
      600 West Broadway – Suite 1400
      San Diego, CA 92101
      (619) 234-2842
      drew@jwhowardattorneys.com

      Daniel H. Kolber
      SIMKINS HOLLIS LAW GROUP, P.C.
      1924 Lenox Road, NE
      Atlanta, GA 30306
      (404) 474-2328
      dkolber@shlglaw.com

      William T. Lacy, Jr.
      LINDSEY & LACY, PC
      200 Westpark Drive – Suite 280
      Peachtree City, GA 30269
      (770) 486-8445
      tlacy@llptc.com

This 8th day of December, 2022.

                                    Respectfully submitted,

                                    /s/ *Erik L. Johnson*
                                    Erik L. Johnson, Esq.
                                    Georgia Bar No. 139597
                                    BALLARD SPAHR, LLP
                                    999 Peachtree Street, Suite 1600
                                    Atlanta, GA  30309
                                    (678) 420-9300
                                    (678) 420-9301 (Facsimile)
                                    Johnsonel@ballardspahr.com


                                    */s/ Thomas F. Burke*
                                    Thomas F. Burke, Esq.
                                    (*Pro Hac* Application Forthcoming)
                                    BALLARD SPAHR, LLP
                                    1735 Market Street, 51st Floor
                                    Philadelphia, PA 19103-7599
                                    (215) 864-8463
                                    (215) 864-8999 (Facsimile)
                                    Burket@ballardspahr.com

                                  *Attorneys for Defendant*
                                  *Leif Technologies, Inc.*

## **CERTIFICATION OF COMPLIANCE WITH L.R. 5.1C**

I hereby certify that the foregoing has been computer processed with 14 point Times New Roman Font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1C.

This 8th day of December, 2022.

                                          Respectfully submitted,

                                          /s/ *Erik L. Johnson*
                                          Erik L. Johnson, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 8th day of December 2022, I served a copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the clerk of the court and all parties of record using the CM/ECF system.

Respectfully submitted,

/s/ *Erik L. Johnson*
Erik L. Johnson, Esq.
Georgia Bar No. 139597