UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NGHIA "NATHAN" NGUYEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREHIRED RECRUITING, LLC, a Delaware limited liability company, PREHIRED RECRUITING, LLC, a Florida limited Liability company, PREHIRED, LLC, a Delaware limited liability company, PREHIRED, LLC, a Florida limited liability Company, JOSHUA JORDAN, Individually, LEIF TECHNOLOGIES, INC., MERATAS INC., and ISA PLUS, LLC<br><br>Defendants. | Case No. 1:22-cv-02894-MCH |

## STIPULATION TO DISMISS

Plaintiff, NGHIA "NATHAN" NGUYEN, and Defendant, LEIF TECHNOLOGIES, INC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case against Defendant Leif Technologies, Inc. with prejudice, both sides to bear their own fees and costs.

DATED:  December 14, 2022            RESPECTFULLY SUBMITTED BY:

1

| | |
|---|---|
| /s/ Michael R. Bertucci<br>Michael R. Bertucci<br>IL State Bar #: 6326591<br>Agruss Law Firm, LLC<br>4809 N. Ravenswood Ave., Suite 419<br>Chicago, IL 60640<br>Tel: 312-224-4695<br>Fax: 312-253-4451<br>mbertucci@agrusslawfirm.com<br>Pro Hac Vice Attorney for Plaintiff | /s/ Erik L. Johnson<br>Erik L. Johnson, Esq.<br>Georgia Bar No. 139597<br>BALLARD SPAHR, LLP<br>999 Peachtree Street, Suite 1600<br>Atlanta, GA 30309<br>(678) 420-9300<br>(678) 420-9301 (Facsimile)<br>Johnsonel@ballardspahr.com<br>Attorney for Defendant, Leif Technologies, Inc. |

### CERTIFICATE OF SERVICE

I certify that on December 14, 2022, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael R. Bertucci
Michael R. Bertucci