UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NGHIA "NATHAN" NGUYEN, individually, and on behalf of all others similarly situated,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>v.  )<br>)<br>PREHIRED RECRUITING, LLC, )<br>a Delaware limited liability  )<br>company, PREHIRED  )<br>RECRUITING, LLC, a Florida  )<br>limited liability company,  )<br>PREHIRED, LLC, a Delaware  )<br>limited liability company,  )<br>PREHIRED, LLC, a Florida  )<br>limited liability company,  )<br>JOSHUA JORDAN, Individually, )<br>LIEF TECHNOLOGIES, INC,  )<br>MERATAS, INC, and ISA PLUS, )<br>LLC  )<br>)<br>Defendants.  ) | CIVIL ACTION NO. 1:22-cv-02894-MCH<br><br>JOINT NOTICE OF SETTLEMENT |

**PLEASE TAKE NOTICE** that ISA Plus, LLC and Plaintiff Nghia "Nathan" Nguyen have agreed to settle the case and are preparing settlement documents for execution.

ISA Plus, LLC, and Plaintiff anticipate a Notice of Dismissal will be filed within two weeks.

This 13th day of January, 2023

1

Respectfully submitted,

                                            JW HOWARD/ ATTORNEYS, LTD.

                                            */s/ Andrew G. Nagurney*
                                            Andrew G. Nagurney
                                            *Admitted Pro Hac Vice*

                                            600 West Broadway, Suite 1400
                                            San Diego, CA 92101
                                            Phone: (619) 234-2842
                                            Fax: (619) 234-1716
                                            drew@jwhowardattorneys.com
                                            *Attorney for Defendant ISA Plus, LLC*


                                            Agruss Law Firm, LLC

                                            */s/ Michael R. Bertucci*
                                            Michael R. Bertucci
                                            IL State Bar #: 6326591
                                            4809 N. Ravenswood Ave., Suite 419
                                            Chicago, IL 60640
                                            Tel: 312-224-469
                                            Fax: 312-253-4451
                                            mbertucci@agrusslawfirm.com
                                            Pro Hac Vice Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** (which has been prepared in Times New Roman, 14-point font, pursuant to Local Rule 5.1(C), N.D. GA.) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Michael R. Bertucci
Shireen Hormozdi
Agruss Law Firm, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, IL 60640
mbertucci@agrusslawfirm.com
shireen@agrusslawfirm.com

Thomas J. McCabe, Esq.
Daniel Kolber, Esq.
Warren Law Group
14 Pennsylvania Plaza, 9th Floor
New York, NY 10122
tmaccabe@warren.law
dkolber@warren.law


David Marlow Atkinson
Swift Currie McGhee & Hiers, LLP
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
404-888-6199
Fax: 404-888-6199
david.atkinson@swiftcurrie.com

Respectfully submitted, this 13th day of January 2023.

JW HOWARD/ ATTORNEYS LTD.


 /s/ *Andrew G. Nagurney*
Andrew G. Nagurney
*Admitted Pro Hac Vice*

600 West Broadway, Suite 1400
Phone: (619) 234-2842
Fax: (619) 234-1716
drew@jwhowardattorneys.com
*Attorney for Defendant ISA Plus, LLC*

4