UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NGHIA "NATHAN" NGUYEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREHIRED RECRUITING, LLC, a Delaware limited liability company, PREHIRED RECRUITING, LLC, a Florida limited Liability company, PREHIRED, LLC, a Delaware limited liability company, PREHIRED, LLC, a Florida limited liability Company, JOSHUA JORDAN, Individually, LEIF TECHNOLOGIES, INC., MERATAS INC., and ISA PLUS, LLC<br><br>Defendants. | Case No. 1:22-cv-02894-MCH |

## NOTICE OF SETTLEMENT

Plaintiff, NGHIA "NATHAN" NGUYEN, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, MERATAS INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, MERATAS INC., with prejudice, within 60 days.

DATED: May 11, 2023          RESPECTFULLY SUBMITTED BY:

/s/ Michael R. Bertucci
Michael R. Bertucci
IL State Bar #: 6326591
Agruss Law Firm, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-469

1

                                                Fax: 312-253-4451
                                                mbertucci@agrusslawfirm.com
                                                Pro Hac Vice Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on May 11, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                              By: /s/ Michael R. Bertucci
                                    Michael R. Bertucci